**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>A PERMANENT EASEMENT FOR 1.80 ACRES AND TEMPORARY EASEMENT FOR 2.09 ACRES IN DAVENPORT, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 24.-1-41, ROBERT ADAM, JR., et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 3:14-cv-02049-NAM-RFT<br><br>**Electronically Filed** |

**STIPULATION OF DISMISSAL**
**AND TO RELEASE BOND**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Constitution Pipeline Company, LLC ("Constitution"), through their attorneys, and Defendants Robert Adam, Jr. and Linda Adam ("Landowner") that:

1. Constitution has no right of possession or access to Landowner's property based on the September 17, 2020 Order vacating any rights that may have been granted.

2. The parties have settled all issues relating to access, possession, compensation, damages, fees and costs, such that there is no longer a need for the Court to enter an Order as to title or just compensation for the Rights of Way (as that term is defined in the Complaint).

3. The above-captioned condemnation action is dismissed and the case shall be marked as CLOSED on the docket.

4. The Bond that Constitution posted as security for the payment of compensation (Doc. No. 24) as required by the Court's February 23, 2015 Order, and the Court's March 29, 2015 Amended Order, is hereby released.

Accordingly, the parties respectfully request that the Court enter the attached proposed Order.

By: s/Elizabeth U. Witmer
Elizabeth U. Witmer, Esq. (519082)
s/Sean T. O'Neill
Sean T. O'Neill, Esq. (519083)
Saul Ewing Arnstein & Lehr LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569
(610) 251-5062
Elizabeth.Witmer@saul.com
Sean.Oneill@saul.com

Yvonne E. Hennessey, Esq. (510021)
Barclay Damon LLP
80 State Street
Albany, New York 12207
(518) 429-4293
yhennessey@barclaydamon.com

*Attorneys for Plaintiff Constitution Pipeline Company, LLC*

By: Robert Adam, Jr.
Robert Adam, Jr.
4104 Charlotte Creek Road
Davenport, NY 13750

Linda Adam
Linda Adam
4104 Charlotte Creek Road
Davenport, NY 13750

*Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>A PERMANENT EASEMENT FOR 1.80 ACRES AND TEMPORARY EASEMENT FOR 2.09 ACRES IN DAVENPORT, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 24.-1-41, ROBERT ADAM, JR., et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 3:14-cv-02049-NAM-RFT<br><br>**Electronically Filed** |

**ORDER**

AND NOW, this 25th day of October, 2021, by the stipulation of the parties, it is hereby ORDERED as follows:

1. Constitution has no right of possession or access to Landowner's property based on the September 17, 2020 Order vacating any rights that may have been granted.

2. The parties have settled all issues relating to access, possession, compensation, damages, fees and costs, such that there is no longer a need for the Court to enter an Order as to title or just compensation for the Rights of Way (as that term is defined in the Complaint).

3. The above-captioned condemnation action is dismissed and the case shall be marked as CLOSED on the docket.

4. The Bond that Constitution posted as security for the payment of compensation (Doc. No. 24) as required by the Court's February 23, 2015 Order, and the Court's March 29, 2015 Amended Order, is hereby released.

SO ORDERED:

Norman A. Mordue, U.S.D.J.